THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the Bond and Mortgage Guarantee Company, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* Giving effect to all the elements of value, we think the assessments on the land should be further reduced as follows: For the year 1941-42, $473,000; for the year 1942-43, $463,000; for the year 1943-44, $453,000.

As so modified the order so far as appealed from should be affirmed, with twenty dollars costs and disbursements to the relator-appellant.

Townley, Untermyer, Cohn and Callahan, JJ., concur; Martin, P. J., taking no part.

Order so far as appealed from unanimously modified as indicated in opinion and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.